IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SEA BREEZE LAND DEVELOPMENT, INC., | ) ) ) | 4:07CV3069 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **JUDGMENT** |
| HUSQVARNA TURF CARE, a division of WCI OUTDOOR PRODUCTS, INC., *et al.* | ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed, with prejudice, each party to bear their own costs and complete record waived.

January 22, 2008.            BY THE COURT:

                             *s/Richard G. Kopf*
                             United States District Judge